FILED

Oct 30  3 58 PM '03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN RODRIGUEZ | : | CONSOLIDATED |
| V. | : | CIVIL NO. 3:01CV 592 (MRK) (lead) |
| THE CITY OF NEW HAVEN, ET AL | : | |
| | | |
| STEPHEN COPPOLA | : | CIVIL NO. 3:01CV 813 (MRK) (member) |
| V. | : | |
| MELVIN WEARING, ET AL | : | OCTOBER 30, 2003 |

### APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for the defendant Keith Wortz.

Dated September 23, 2003

THE DEFENDANTS
CITY OF NEW HAVEN, CHIEF MELVIN
WEARING & KEITH WORTZ

BY _____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street
New Haven, CT 06510
Telephone (203) 946-7958
Fed. Bar. No. ct22937
E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was this day mailed/delivered to the following counsel of record:

Stephen P. Del Sole, Esq.
Rene Gerard Martineau, Esq.
Del Sole & Del Sole, LLP
46 S. Whittlesey Ave.
Wallingford, CT  06492-0310

Paul A. Morello, Jr., Esq.
Donovan & Morello
154 West Street, Building 3
Cromwell, CT  06416-2446

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, CT  06503-0606

R. Edward Phillips, Esq.
Law Office of Warren Miller
One Union Plaza, Second Floor
P.O. Box 116
New London, CT  06320

Thomas W. Ude, Jr., Esq.
Martin S. Echter, Esq.
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

_____
Jonathan H. Beamon