FILED

Oct 30  3 50 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN RODRIGUEZ<br>    Plaintiff, | : | CONSOLIDATED |
| V. | : | CIVIL NO. 3:01 CV 592 (MRK) |
| CITY OF NEW HAVEN, ET AL<br>    Defendants. | : | OCTOBER 30, 2003 |
| STEPHEN COPPOLA<br>    Plaintiff, | : | |
| V. | : | CIVIL NO. 3:01 CV 813 (MRK) |
| MELVIN WEARING, ET AL<br>    Defendants. | : | OCTOBER 30, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES TO CORRECTED SECOND AMENDED COMPLAINT IN COPPOLA v. WEARING

The defendants City of New Haven, Melvin Wearing and Keith Wortz hereby respond to the plaintiff Stephen Coppola's corrected second complaint.

SECTION A:

    1.    Admitted.

    2.    As to the allegations in Paragraph 2, it is admitted that the defendant, Melvin Wearing, was the Chief of the New Haven Police Department. As to the portion of

Paragraph 2 that reads, "[t]he defendant Wearing is sued in his individual capacity as well as his official capacity," the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiff to his burden of proof.

3. As to the allegations in Paragraph 3, it is admitted that the defendant, Bryan Kearney, was a Captain with the New Haven Police Department assigned to the Office of Internal Values and Ethics. As to the remainder of Paragraph 3, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiff to his burden of proof.

4. As to the allegations in Paragraph 4, it is admitted that the defendant, John Minardi, was a Sergeant with the New Haven Police Department assigned to the Office of Internal Values and Ethics. As to the remainder Paragraph 4, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiff to his burden of proof.

5. As to the allegations in Paragraph 5, it is admitted that the defendant, Keith Wortz, was a New Haven Police Officer assigned to the patrol division. As to the reminder of Paragraph 5, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiff to his burden of proof.

6. Admitted.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

2

SECTION B:

7. Admitted.

8-21. As to the allegations in Paragraphs 8-21, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiff to his burden of proof.

22. Denied with specific reference to the "press release."

23. Denied with specific reference with to the article in the "January 13, 2001 edition of the New Haven Register."

24. The defendant denies the terms "purportedly" and "alleged." The remainder of Paragraph 24 is admitted.

SECTION C - COUNT ONE:

25. Denied.

26. Denied.

SECTION D - COUNT TWO:

1-24. The defendants' responses to Paragraphs 1-24 of sections A and B are incorporated by reference and made their responses to Paragraphs 1-24 of section D.

25. Denied.

26. Denied.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

3

SECTION E - COUNT THREE:

1-24. The defendants' responses to Paragraphs 1-24 of sections A and B are incorporated by reference and made their responses to paragraphs 1-24 of section E.

    25. Denied.

    26. Denied.

    27. Denied.

    28. Denied.

    29. Denied.

    30. Denied.

SECTION F - COUNT FOUR:

1-24. The defendants' responses to Paragraphs 1-24 of sections A and B are incorporated by reference and made their responses to paragraphs 1-24 of section F.

    25. Denied.

    26. Denied.

    27. Denied.

    28. Denied.

    29. Denied.

    30. Denied.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

4

## SECTION G - COUNT FIVE:

1-24. The defendants' responses to Paragraphs 1-24 of sections A and B are incorporated by reference and made their responses to paragraphs 1-24 of section G.

    25.    Denied.

    26.    Denied.

    27.    Denied.

    28.    Denied.

    29.    Denied.

    30.    Denied.

## SECTION H - COUNT SIX:

1-24. The defendants' responses to Paragraphs 1-24 of sections A and B are incorporated by reference and made their responses to paragraphs 1-24 of section H.

    25.    Denied.

    26.    Denied.

    27.    Denied.

    28.    Denied.

    29.    Denied.

    30.    Denied.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

5

## SECTION I - COUNT SEVEN:

1-24. The defendants' responses to Paragraphs 1-24 of sections A and B are incorporated by reference and made their responses to Paragraphs 1-24 of section I.

25. As to the allegations in Paragraph 25, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiff to his burden of proof.

26. Admitted.

27. Denied.

28. Denied.

29. Denied

## SECTION J - COUNT EIGHT:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

6

SECTION K - COUNT NINE:

1-23. The defendants' responses to Paragraphs 1-23 of sections A and B are incorporated by reference and made its responses to Paragraphs 1-23 of section K.

    25. Denied.

    26. Denied.

    27. Denied.

    28. Denied.

SECTION L - COUNT TEN:

    1. Denied.

## BY WAY OF AFFIRMATIVE DEFENSE

FIRST AFFIRMATIVE DEFENSE: (Counts One, Two, Seven, Eight & Ten)

At all relevant times, the defendants Melvin Wearing and Keith Wortz were government employees whose actions were discretionary, and additionally, one or both of the following would apply:

    (a) the defendants' actions did not violate any of the plaintiff's clearly established rights under the constitution and laws of the United States;

    (b) it was objectively reasonable for the defendants to believe that their actions were lawful.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

7

The defendants Wearing and Wortz are entitled to qualified immunity from suit for the actions alleged.

SECOND AFFIRMATIVE DEFENSE (Counts Eight and Ten):

The defendants are entitled to common law and statutory governmental immunity pursuant to Connecticut General Statutes §52-557n(a)(2)(B) for any and all claims of negligence made by the plaintiff as all actions by the defendants in question were discretionary in nature.

THIRD AFFIRMATIVE DEFENSE (Counts Three, Four, Five, Six, Nine and Ten):

The defendant City of New Haven is entitled to common law and statutory governmental immunity under Connecticut General Statutes §52-557n(a)(2)(A) for any claims of intentional actions against the defendant City.

FOURTH AFFIRMATIVE DEFENSE (Counts Three, Four, Five, Six and Ten):

The alleged defamatory statements were true.

FIFTH AFFIRMATIVE DEFENSE (Counts Three, Four, Five, Six and Ten):

The alleged defamatory statements were made in the context of employment by individuals responsible for disciplinary decisions and are, therefore, privileged communications.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

8

SIXTH AFFIRMATIVE DEFENSE (All Counts):

If the plaintiff has suffered any injuries, damages or losses, the plaintiff caused those injuries, damages or losses through his own negligence and carelessness in that he failed to follow New Haven Department of Police Services' rules, protocol and regulations.

THE DEFENDANTS
CITY OF NEW HAVEN, CHIEF MELVIN WEARING and KEITH WORTZ

BY _____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street
New Haven, CT 06510
Telephone (203) 946-7958
Fed. Bar. No. ct22937
E-mail: jbeamon@newhavenct.net

OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN
165 Church Street, New Haven, CT 06510
Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715

9

## **CERTIFICATION**

This is to certify that a copy of the foregoing was this day mailed/delivered to the following counsel of record:

Stephen P. Del Sole, Esq.
Rene Gerard Martineau, Esq.
Del Sole & Del Sole, LLP
46 S. Whittlesey Ave.
Wallingford, CT 06492-0310

Paul A. Morello, Jr., Esq.
Donovan & Morello
154 West Street, Building 3
Cromwell, CT 06416-2446

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

R. Edward Phillips, Esq.
Law Office of Warren Miller
One Union Plaza, Second Floor
P.O. Box 116
New London, CT 06320

Thomas W. Ude, Jr., Esq.
Martin S. Echter, Esq.
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

_____
Jonathan H. Beamon

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

10