**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **EDWIN RODRIGUEZ** | : | **CONSOLIDATED** |
|    Plaintiff, | : | |
| | : | |
| **V.** | : | **CIVIL NO. 3:01 CV 592 (MRK)** |
| | : | |
| **CITY OF NEW HAVEN, ET AL** | : | |
|    Defendants. | : | **MARCH 23, 2004** |
| | | |
| **STEPHEN COPPOLA** | : | |
|    Plaintiff, | : | |
| | : | |
| **V.** | : | **CIVIL NO. 3:01 CV 813 (MRK)** |
| | : | |
| **MELVIN WEARING, ET AL** | : | |
|    Defendants. | : | **MARCH 23, 2004** |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully requests to withdraw of appearance on behalf of the defendant Keith Wortz in the above captioned cases.

All parties have been notified of such action and have not indicated opposition to this motion.

        THE DEFENDANTS
CITY OF NEW HAVEN & CHIEF MELVIN WEARING


BY_____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street
New Haven, CT 06510
Telephone (203) 946-7958
Fed. Bar. No. ct22937
E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was this day mailed/delivered to the following counsel of record:

Stephen P. Del Sole, Esq.
Rene Gerard Martineau, Esq.
Del Sole & Del Sole, LLP
46 S. Whittlesey Ave.
Wallingford, CT  06492-0310

Paul A. Morello, Jr., Esq.
Donovan & Morello
154 West Street, Building 3
Cromwell, CT  06416-2446

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, CT  06503-0606

R. Edward Phillips, Esq.
Law Office of Warren Miller
One Union Plaza, Second Floor
P.O. Box 116
New London, CT  06320

Thomas W. Ude, Jr., Esq.
Martin S. Echter, Esq.
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

Detective Keith Wortz
New Haven Dept. of Police Service
One Union Avenue
New Haven, CT 06519

_____
Jonathan H. Beamon