FILED

Mar 24  3 42 PM '04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN RODRIGUEZ<br>　Plaintiff, | : | CONSOLIDATED |
| V. | : | CIVIL NO. 3:01 CV 592 (MRK) |
| CITY OF NEW HAVEN, ET AL<br>　Defendants. | : | MARCH 24, 2004 |
| STEPHEN COPPOLA<br>　Plaintiff, | : | |
| V. | : | CIVIL NO. 3:01 CV 813 (MRK) |
| MELVIN WEARING, ET AL<br>　Defendants. | : | MARCH 24, 2004 |

## REQUEST FOR SECURITY FOR COSTS

Pursuant to D. Conn. L. Civ. R. 83.3(a), the defendants City of New Haven and Melvin Wearing respectfully request that the Clerk enter an order requiring that within thirty (30) days the plaintiff Stephen Coppola deposits the sum of $500.00, or file a bond with sufficient surety in the sum of $500.00, as security for costs as to each of the above-named defendants in this action.

THE DEFENDANTS
CITY OF NEW HAVEN & CHIEF MELVIN WEARING

BY: /S/ _____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street
New Haven, CT 06510
Telephone (203) 946-7958
Fed. Bar. No. ct22937
E-mail: jbeamon@newhavenct.net

# CERTIFICATION

This is to certify that on this 24th day of March, 2004, a copy of the foregoing Request for Security for Costs has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Stephen P. Del Sole, Esq.
Rene Gerard Martineau, Esq.
Del Sole & Del Sole, LLP
46 S. Whittlesey Ave.
Wallingford, CT 06492-0310

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

Thomas W. Ude, Jr., Esq.
Martin S. Echter, Esq.
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

Paul A. Morello, Jr., Esq.
Donovan & Morello
154 West Street, Building 3
Cromwell, CT 06416-2446

R. Edward Phillips, Esq.
Law Office of Warren Miller
One Union Plaza, Second Floor
P.O. Box 116
New London, CT 06320

Detective Keith Wortz
New Haven Dept. of Police Service
One Union Avenue
New Haven, CT 06519

_____
Jonathan H. Beamon