## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK) (member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : MARCH 24, 2004 |

### PLAINTIFF COPPOLA'S MOTION FOR SANCTIONS AGAINST THE DEFENDANT CITY OF NEW HAVEN FOR ITS FAILURE TO RESPOND TO DISCOVERY REQUESTS

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 9, the Plaintiff, STEPHEN COPPOLA, respectfully moves this honorable court to impose sanctions against the defendant, City of New Haven, for its failure to make disclosures to the plaintiff's interrogatories and requests for production dated February 14, 2002 and as ordered by this Court.

A memorandum in support of this motion is attached hereto.

                THE PLAINTIFF
                MATTHEW MARCARELLI

By: _____
     R. Edward Phillips, Esquire
     One Union Plaza, Second Floor
     New London, CT  06320
     (860) 444-0437
     # CT20999

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, on March 24, 2004 to:

Jonathan Beamon, Esquire
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Rene Gerard Martineau, Esquire
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492

Paul A. Morello, Esquire
154 West Street
Cromwell, CT 06416

Rosemaire Paine, Esqurie
350 Orange Street
P.O. Box 606
New Haven, CT 06503

                _____
                R. Edward Phillips, Esquire