# MILLER & PHILLIPS, LLC
**ATTORNEYS AT LAW**

ONE UNION PLAZA, SECOND FLOOR  
**P.O. Box 116**  
NEw LONDON, CONNECTICUT **06320**  
**Warren Miller, Esquire**  
**R. Edward Phillips, Esquire**

TELEPHONE: **(860) 444-0437**  
FAx: **(860) 443-1354**

January 6, 2004

**VIA FACSIMILE**  
Jonathan Beamon, Esq.  
Corporation Counsel  
City of New Haven  
165 Church Street, 4th Floor  
New Haven, CT 06510  
Re: Coppola v. City of New Haven,` et al  
Dear Attorney Beamon,

I am in receipt of your Answers to Plaintiffs First Set of Interrogatories, dated October 31, 2003. Pursuant to our telephone conversation on October 30, 2003, I had expected certification pages from the defendants but as yet I have not received them. Moreover, I can appreciate the time constraint under which you were working to answer and disclose for the three defendants but three sets of interrogatories were served and your one set of answers for all three defendants does not satisfy Fed. R. Civ. P. 33(b)(3). Additionally, I cannot believe that the documents produced are the only documents in the possession or control of the City of New Haven. Please confirm that the answers and production you provided are complete.

I believe that I have given you sufficient time in which to supplement the answers and production for each individual defendant as well as obtain certification pages. Please contact me within 10 business days to resolve this situation or I will be forced to seek court intervention.

 Since w  
R. Edward Phillips

cc:   Rene Gerard Martineau, Esquire  
      46 South Whittlesey Avenue  
      P.O. Box 310  
      Wallingford, CT 06492-0310  
      Paul A. Morello, Esquire  
      154 West Street  
      Cromwell, CT 06416



Web Site: http://www.miUer-phiUips-law.com

# MILLER & PHILLIPS, LLC
<u>ATTORNEYS AT LAW</u>

ONE UNION PLAZA, SECOND FLOOR                                           TELEPHONE: (860) 444-0437
P.O. Box 116                                                            FAX: (860) 443-1354
NEW LONDON, CONNECTICUT 06320

Warren Miller, Esquire

R. Edward Phillips, Esquire

      Rosemaire Paine, Esquire
      350 Orange Street
      P.O. Box 606
      New Haven, CT 06503

Web Site: http://www.miflcr-phiUips4aw.com



# CITY OF NEW HAVEN
## OFFICE OF THE CORPORATION COUNSEL

| | | | |
|---|---|---|---|
| John DeStefano, Jr.<br>Mayor | Jonathan H. Beamon | David B. Greenberg<br>*Senior Counsel* | Nancy Pepe<br>Pamela M. Popolizio |
| Amy P. Blume<br>Mary Chang<br>James S. Del Visco | | *Legal Assistants*<br>Paula Marie Turner | |
| Thomas W. Ude Jr.<br>*Corporation Counsel* | Kathleen M. Foster<br>Audrey C. Kramer | *Executive Assistant* | Richard L. Bayer<br>Cis *iefInvestigator* |
| Yusef Poole<br>Judith A. Sarathy | | 0lga Bonilla | Dinella Dodd |
| Martin S. Echter<br>Philip R. Pastore III<br>*Deputy Corporation Counsel* | Stacy L. Werner<br>Michael A. Wolak III<br>*Assistant Corporation Counsel* | Catherine Schroeter<br>El M. Sulmann<br>*-Paralegals* | Thomas McInerney<br>Dominic Tammaro<br>*Public Liability Investigators* |

January 20, 2004
R. Edward Phillips, Esq.
Miller & Phillips, LLC
One Union Plaza
P.O. Box 116
New London, CT 06320
Fax: (860) 443-1354
Re:     Coppola v. Wearing, et al
Dear Attorney Phillips:


    Enclosed please find the City of New Haven's answers to interrogatories and Chief Wearing's signature pages for his answers to the interrogatories and the City's. The City's answers to the interrogatories and the documents requested in the City's answers are duplicative of what we have already provided.

Sincerely

*[signature]*

Jon   khan H. Beamon
As    Itant Corporation Counsel