# MILLER & PHILLIPS, LLC

ATTORNEYS AT LAW
ONE UNION PLAZA, SECOND FLOOR
P.O. Box 116
NEw LONDON, CONNECTICUT 06320

TELEPHONE: (860) 444-0437
FAX: (860) 443-1354

**Warren Miller, Esquire**
**R. Edward Phillips, Esquire**

February 24, 2004

**VIA FACSIMILE**
Jonathan Beamon, Esq.
Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510
(203)946-7942

Re: <u>Coppola v. City of New Haven, et al</u>

Dear Attorney Beamon,

I am in receipt of your correspondence dated January 20, 2004 and enclosed Answers to Plaintiffs First Set of Interrogatories, dated October 31, 2003 for Melvin Wearing and the City of New Haven in response to my facsimile of January 6, 2004. I also received and thank you for the transcripts from the <u>State v. Sullivan</u> case.

I also can appreciate your position regarding Keith Wortz and the City of New Haven's intention to seek conflict counsel because of Mr. Wortz's suit against the City and Melvin Wearing; however, I have not seen any appearance filed by new counsel for Mr. Wortz. Please provide Mr. Wortz's responses to Interrogatories and Production Requests, with a signed certification, prior to the March 9, 2004 status conference.

Additionally, in your response to Interrogatory #3, you identified "the complete investigation file leading to the reprimand of the plaintiff" as a document relevant to this suit but you did not produce a copy of the investigation file. Please provide a copy of the complete investigation file prior to the March 9, 2004 status conference.

Also, your response to Interrogatory #3, you identified the "Investigation Report dated January 4, 2001" as a document relevant to this suit, wherein the report identified a taped statement by Melvin Wearing as well as some twenty other statements taken in the course of the investigation, but you did not produce copies of the tapes or transcribed statements. Please provide copies of the tapes and transcriptions prior to the March 9, 2004 status conference.

I'm sure you can appreciate the necessity for the production of these documents. At the last status conference, Judge Kravtiz ordered production of documents and materials over Marty Echter's objections based on privilege. You identified the documents and materials as relevant to this case therefore you are required to produce them.

Web Site: http://www.miller-philhps-law-

**MILLER & PHILLIPS, LLC**
ATTORNEYS AT LAW
ONE UNION PLAZA, SECOND FLOOR
P.O. Box 116
NEW LONDON, CONNECTICUT 06320

TELEPHONE: (860) 444-0437
FAx: (860) 443-1354

**Warren Miller, Esquire**
**R. Edward Phillips, Esquire**

Please feel free to contact me to discuss these matters and arrange for production. I certainly have no problem with traveling to New Haven to pick up the materials.

Sincerer

R. Edward Phillips

cc:     Rene Gerard Martineau, Esquire
        46 South Whittlesey Avenue
        P.O. Box 310
        Wallingford, CT 06492-0310

        Paul A. Morello, Esquire
        154 West Street
        Cromwell, CT 06416

        Rosemaire Paine, Esquire
        350 Orange Street
        P.O. Box 606
        New Haven, CT 06503