UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, March 25, 2004
9:30 a.m.

CASE NO. **3:01cv592 MRK**    Rodriguez v. New Haven, et al
CASE NO. **3:01CV813 (MRK)**    Coppola v. Wearing, et al.

Paul A. Morello Jr.
Donovan & Morello
Cromwell West Office Park
154 West St., Building 3
Cromwell, CT 06416

STATUS CONFERENCE HELD
DATE: 3/25/04

40 min.

Rosemarie Paine
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503-0001

R. Edward Phillips Jr.
One Union Plaza, 2nd Fl.
P.O. Box 116
New London, CT 06320

Warren Miller
One Union Plaza, 2nd Fl.
P.O. Box 116
New London, CT 06320

Jonathan H. Beamon
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510

Martin S. Echter
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510


Thomas W. Ude Jr.
Office Of Corporation Counsel
City Of New Haven
165 Church St.
New Haven, CT 06510


Rene Gerard Martineau
Del Sole & Del Sole
46 S. Whittlesey Ave.
P.O. Box 310
Wallingford, CT 06492-0310


Stephen P. Del Sole
Del Sole & Del Sole
46 S. Whittlesey Ave.
P.O. Box 310
Wallingford, CT 06492-0310



BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK