UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Rodriguez

V.                              Case Number:  01CV592 MRK

City of New Haven

ORDER RE: SECURITY BOND
------------------------

The defendant(s):   CITY OF NEW HAVEN AND MELVIN WEARING

in the above-entitled case having made application to the Clerk of Court for an order requiring the plaintiff(s) to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Local Rule 83.3(a) of the Rules of Civil Procedure for the United States District of Connecticut.

It is ORDERED that the plaintiff(s) herein file a bond as security for costs in this action within thirty (30) days from this date.

Dated at New Haven, Connecticut, March 26, 2004.

KEVIN F. ROWE, CLERK

By: *S.A. Brown* (signature)
S.A. Brown
Deputy Clerk