## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK)(member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : MARCH 29, 2004 |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR SECURITY FOR COSTS

The plaintiff asks the court to deny the defendants' request for security for costs, dated March 24, 2004. The general rule on costs is that costs follow the event. The purpose of this rule is to compensate the winning party for the vindication of its position.

While the plaintiff does acknowledge that the Local Rules of Civil Procedure specifically provide an exception to this general rule, another exception is where a "public interest" litigant, such as the plaintiff in this case, proceeds against a public/governmental entity to seek redress of violations of his civil rights. If the public interest litigant wins, he or she should not be personally out of pocket for

acting in the public interest, and if he or she loses, they should not be penalized for either clarifying the law or testing an issue of public interest and importance.

Moreover, the plaintiff is not aware that the defendants are seeking a similar bond from the other plaintiff, Edwin Rodriguez, which if true, underscores the purpose for this harassment of the plaintiff, Stephen Coppola. The undersigned counsel for the plaintiff, Stephen Coppola, submits that this request for security bond is an attempt to offset any sanctions the Court may impose for non-compliance with discovery on the part of the defendants, City of New Haven, Melvin Wearing and Keith Wortz.

Wherefore the plaintiff, Stephen Coppola, asks the court to deny the defendants' request for security for costs.

THE PLAINTIFF
STEPHEN COPPOLA

By: _____
R. Edward Phillips, Esquire
One Union Plaza, Second Floor
New London, CT  06320
(860) 444-0437
# CT20999

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed or electronically delivered on March 29, 2004 to:

Jonathan Beamon, Esquire
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Rene Gerard Martineau, Esquire
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492

Paul A. Morello, Esquire
154 West Street
Cromwell, CT 06416

Rosemaire Paine, Esqurie
350 Orange Street
P.O. Box 606
New Haven, CT 06503

_____
R. Edward Phillips, Esquire