FILED

Apr 15  1:38 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ<br>    Plaintiff | : |
| VS. | : |
| THE CITY OF NEW HAVEN, AND IN<br>THEIR INDIVIDUAL AND OFFICIAL<br>CAPACITIES, MAYOR JOHN<br>DESTEFANO, CHIEF OF POLICE<br>MELVIN H. WEARING, CORPORATION<br>COUNSEL THAYER BALDWIN, CHIEF<br>ADMINISTRATIVE OFFICER, JAMES<br>HORAN, CAPTAIN BRYAN D.<br>KEARNEY, LIEUTENANT JOHN<br>MINARDI, PATROL OFFICER KEITH<br>WORTZ<br>    Defendant | : |
| STEPHEN G. COPPOLA<br>    Plaintiff | :CONSOLIDATED<br>:DOCKET NO. 3:01CV592(MRK)(LEAD)<br>:DOCKET NO. 3:01CV813(MRK)(MEMBER) |
| VS. | : |
| MELVIN WEARING, BRYAN KEARNEY,<br>JOHN MINARDI AND KEITH WORTZ<br>AND THE CITY OF NEW HAVEN | :<br>:<br>: APRIL 14, 2004 |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in these consolidated cases for KEITH WORTZ in lieu of all other appearances of counsel.

                      RESPECTFULLY SUBMITTED,

BY _____
RENE GERARD MARTINEAU
46 SOUTH WHITTLESEY AVENUE
WALLINGFORD, CT 06492
(203) 284-8000
FEDERAL BAR NO. ct07680

**DEL SOLE & DEL SOLE, LLP** • ATTORNEYS AT LAW
46 SOUTH WHITTLESEY AVENUE • WALLINGFORD, CT 06492-4102 • JURIS NO. 101674 • (203) 785-8500

**CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

Courtesy copy to:
The Honorable Mark R. Kravitz, U.S.D.J.
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Jonathan H. Beamon, Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello
Donovan & Morello
154 West Street, Building 3
Cromwell, CT 06416-2446

Rosemarie Paine
Jacobs, Grudberg, Belt & Dow
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

R. Edward Phillips
Law Office of Warren Miller
One Union Plaza, 2nd Floor
P.O. Box 116
New London, CT 06320

                                    Rene Gerard Martineau