**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK)(member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : APRIL 19, 2004 |

**PLAINTIFF'S OBJECTION TO MOTION FOR MODIFICATION OF SCHEDULING ORDERS**

The plaintiff hereby objects to the "Motion by Consent of All Parties for Modification of Scheduling Orders," dated April 14, 2004 and submitted by the defendants, Bryan Kearney, John Minardi, through their attorney, Rene G. Martineau.  On April 5, 2004, the undersigned counsel for the plaintiff received a draft of the Motion for Modification of Scheduling Orders via facsimile from Attorney Martineau. On April 7, 2004, the undersigned sent proposed changes and objections, via facsimile, back to Attorney Martineau.  Attorney Martineau did not address any deletions made by the undersigned or respond to the proposed changes.  On April 16, 2004, the undersigned received a copy of the Motion filed

with the Court and upon review of such does not agree with the contents of the Motion.

On this day, the undersigned counsel for the plaintiff, Stephen Coppola, called Attorney Martineau and learned that he is on vacation for one week and no other attorneys work on this case. The undersigned cannot determine if the Motion filed with the Court contained scrivener's errors or there was some confusion regarding the undersigned's objections to the proposed Motion.

Wherefore the plaintiff, Stephen Coppola, asks this Court to hold the Motion for Modification of Scheduling Orders in abeyance until Attorney Martineau can be contacted and consulted on the details of the Motion and the undersigned's objections thereto.

        THE PLAINTIFF
        STEPHEN COPPOLA

By: _____
    R. Edward Phillips, Esquire
    One Union Plaza, Second Floor
    New London, CT  06320
    (860) 444-0437
    # CT20999

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed or electronically delivered on April 19, 2004 to:

Jonathan Beamon, Esquire
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510
Fax: 203-946-7942

Rene Gerard Martineau, Esquire
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492
Fax: 203-777-4485

Paul A. Morello, Esquire
154 West Street
Cromwell, CT 06416
Fax: 860-635-6734

Rosemaire Paine, Esqurie
350 Orange Street
P.O. Box 606
New Haven, CT 06503
Fax: 203-772-1691

                                              R. Edward Phillips, Esquire