# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EDWIN RODRIGUEZ** | : | **CONSOLIDATED** |
|    Plaintiff, | : | |
| | : | |
| V. | : | **CIVIL NO. 3:01 CV 592 (MRK)** |
| | : | |
| **CITY OF NEW HAVEN, ET AL** | : | |
|    Defendants. | : | **APRIL 30, 2004** |
| | | |
| **STEPHEN COPPOLA** | : | |
|    Plaintiff, | : | |
| | : | |
| V. | : | **CIVIL NO. 3:01 CV 813 (MRK)** |
| | : | |
| **MELVIN WEARING, ET AL** | : | |
|    Defendants. | : | **APRIL 30, 2004** |

## MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. Proc., and Rule 7 of the Local Rules of Civil Procedure, the defendants Melvin Wearing, the City of New Haven, move for the entry of summary judgment in their favor. There is no genuine dispute of any of the material facts and the defendants are entitled to judgment as a matter of law.

In support of this motion, the defendants submit a Local Rule 56(a)1 Statement of Material Facts Not in Dispute and a Memorandum of Law, and attaches the following documents:

Exhibit A.    Partial Transcript of Stephen Coppola, <u>State v. Sullivan</u>, Connecticut Superior Court, CR00-0496678, September 15, 2003;

Exhibit B.    Partial Transcript of Stephen Coppola, <u>State v. Sullivan</u>, Connecticut Superior Court, CR00-0496678, September 16, 2003;

Exhibit C.    Partial Transcript of Edwin Rodriguez, <u>State v. Sullivan</u>, Connecticut Superior Court, CR00-0496678, September 24, 2003;

Exhibit D.    Partial Transcript of Melvin Wearing, <u>State v. Sullivan</u>, Connecticut Superior Court, CR00-0496678, October 2, 2003;

Exhibit E.    Coppola's written reprimand from Wearing, January 15, 2001;

Exhibit F.    Rodriguez's written reprimand from Wearing, January 15 2001;

Exhibit G.    City of New Haven and New Haven Police Union Agreement;

Exhibit H.    <u>Urban v. Commissioner of Children and Families</u>, 2001 WL 577133 (Conn. Super.);

Exhibit I.    <u>Sierra v. State</u>, 2003 WL 22413679  (Conn. Super.);

     Exhibit J.    Sherman v. Sedgwick James of Connecticut, Inc., 1997 WL 83714 (Conn. Super);

     Exhibit K.    Curry v. Daly, 2003 WL 22962850 (Conn. Super.); and

     Exhibit L.    McBride v. City of New Haven, 2000 WL 559087, * 6 (D. Conn. 2000).

Wherefore, for the reasons set forth in the defendants' memorandum of law in support of this motion, summary judgment must enter in favor of the defendants.

                    THE DEFENDANTS
                    CITY OF NEW HAVEN, MELVIN WEARING,
                    MAYOR JOHN DESTEFANO, THAYER
                    BALDWIN AND JAMES HORAN


                    BY: /S/ _____
                    Jonathan H. Beamon
                    Assistant Corporation Counsel
                    165 Church Street
                    New Haven, CT 06510
                    Telephone (203) 946-7958
                    Fed. Bar. No. ct22937
                    E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing was this day mailed/delivered to the following counsel of record:

Stephen P. Del Sole, Esq.  
Rene Gerard Martineau, Esq.  
Del Sole & Del Sole, LLP  
46 S. Whittlesey Ave.  
Wallingford, CT  06492-0310

Paul A. Morello, Jr., Esq.  
Donovan & Morello  
154 West Street, Building 3  
Cromwell, CT  06416-2446

Rosemarie Paine, Esq.  
Jacobs, Grudberg, Belt & Dow  
350 Orange Street  
P.O. Box 606  
New Haven, CT  06503-0606

R. Edward Phillips, Esq.  
Law Office of Warren Miller  
One Union Plaza, Second Floor  
P.O. Box 116  
New London, CT  06320

Thomas W. Ude, Jr., Esq.  
Martin S. Echter, Esq.  
Office of the Corporation Counsel  
165 Church Street  
New Haven, CT 06510

                                                    _____  
                                                    Jonathan H. Beamon