**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK)(member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : APRIL 29, 2004 |

**PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING OBJECTION TO**

**MOTION FOR MODIFICATION OF SCHEDULING ORDERS**

The plaintiff hereby provides notice to counsel and the Court regarding the previously filed Objection to the "Motion by Consent of All Parties for Modification of Scheduling Orders," dated April 19, 2004. After discussions with Attorney Martineau, the plaintiff, Stephen Coppola, agrees to the following deadlines on page 2 of the filed Motion for Modification, dated April 14, 2004:

1. "Plaintiffs to file damage analysis and disclosure of experts by May 28, 2004."

2. "Parties to complete deposition of fact witnesses and plaintiffs' experts by July 2, 2004."

3. "Defendant to disclose any experts and file any dispositive motions by August 2, 2004."

4. "Plaintiff to conduct any depositions of defendants' experts and file opposition memorandum as well as the parties to file any motions directed at the sufficiency or admissibility of expert opinions and/or other pretrial motions by September 3, 2004."

5. "If dispositive motions are not pending and/or have been decided; the case will be trial ready for October 1, 2004."

However, the plaintiff, Stephen Coppola, does <u>not</u> consent to portions of page 2, paragraph 2 of the filed Motion for Modification, which provide that defendants may "conduct independent medical/psychiatric examinations; and file any written discovery and admissions."  The plaintiff, Stephen Coppola, reserves the right to object to any such requested discovery due to its untimeliness and added delay to the proceedings.

Wherefore the plaintiff, Stephen Coppola, asks this Court to grant the Motion for Modification of Scheduling Orders in accordance with the aforementioned agreements.

                        THE PLAINTIFF
                        STEPHEN COPPOLA

By: _____
    R. Edward Phillips, Esquire
    One Union Plaza, Second Floor
    New London, CT  06320
    (860) 444-0437
    # CT20999

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed or electronically delivered on April 29, 2004 to:

Jonathan Beamon, Esquire
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510
Fax: 203-946-7942

Rene Gerard Martineau, Esquire
Del Sole & Del Sole, LLP
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492
Fax: 203-777-4485

Paul A. Morello, Esquire
154 West Street
Cromwell, CT 06416
Fax: 860-635-6734

Rosemaire Paine, Esqurie
350 Orange Street
P.O. Box 606
New Haven, CT 06503
Fax: 203-772-1691

            _____
            R. Edward Phillips, Esquire