```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

EDWIN RODRIGUEZ                       :
     Plaintiff                        :
                                      :
VS.                                   :
                                      :
THE CITY OF NEW HAVEN, AND IN         :
THEIR INDIVIDUAL AND OFFICIAL         :
CAPACITIES, MAYOR JOHN                :
DESTEFANO, CHIEF OF POLICE            :
MELVIN H. WEARING, CORPORATION        :
COUNSEL THAYER BALDWIN, CHIEF         :
ADMINISTRATIVE OFFICER, JAMES         :
HORAN, CAPTAIN BRYAN D.               :
KEARNEY, LIEUTENANT JOHN              :
MINARDI, PATROL OFFICER KEITH         :
WORTZ                                 :
     Defendant                        :
                                      :CONSOLIDATED
STEPHEN G. COPPOLA                    :DOCKET NO. 3:01CV592(MRK)(LEAD)
     Plaintiff                        :DOCKET NO. 3:01CV813(MRK)(MEMBER)
                                      :
                                      :
VS.                                   :
                                      :
MELVIN WEARING, BRYAN KEARNEY,        :
JOHN MINARDI AND KEITH WORTZ          :
AND THE CITY OF NEW HAVEN             :   MAY 13, 2004
```

### MOTION FOR PERMISSION TO MODIFY TIME FOR FILING DISPOSITIVE MOTION

Pursuant to this Honorable Court's inherent discretion; the

**ORAL ARGUMENT REQUESTED / TESTIMONY NOT REQUIRED**

undersigned defendants move for a modification of the Honorable Mark R. Kravitz, U.S.D.J.'s Scheduling Order issued on September 23, 2003. The undersigned defendants seek the enlargement of time for filing dispositive motions be extended to the date of the filing of this motion. The undersigned defendants' motion for summary judgment is being filed simultaneously herewith this motion seeking an enlargement of time to file dispositive motions.

    The undersigned counsel on April 14, 2004 filed an appearance for the defendant party Keith Wortz in this matter. Due to an unalterable vacation schedule by counsel he was not able to attend to this matter and meaningfully consult with his new client Keith Wortz until his return on April 26, 2004.

    Also, additional investigative materials and transcripts were necessary to review. Further, it was necessary to coordinate the materials and legal arguments raised in order to fully protect the legal rights of all three defendant clients in order to ensure a consistent presentation. Lastly, consultation with all three client defendants were necessary in

order to prepare claimed material facts not in dispute and affidavits for submission and in support of this motion for summary judgment.

    No prejudice will befall any party to this litigation as the legal arguments raised are in large part identical to those raised by the co-defendants who filed their motion for summary judgment timely pursuant to the Court's order.  The only difference is that additional facts claimed not in dispute are raised which are more tailored to these individual defendants who are all employees of the co-defendant City of New Haven.

    The allowance of this modification of this Court's filing deadline of Thirteen (13) days will also encourage judicial efficiency as the legal claims raised by the undersigned defendants are similar to those raised by the co-defendant and therefore ensure judicial consistency in rulings and ensure that issues remaining for trial are either uniformly preserved or narrowed as to all defendants and parties.

    Counsel for the City of New Haven as well as the other co-defendants have no objection to this motion for permission to

modify time for filling dispositive motions.  Counsel for the plaintiffs' intentions as to this motion could not be ascertained because inquiries seeking consent were not responded to by the date of filing.

   WHEREFORE, all of the aforesaid reasons the undersigneds' motion to modify time for filing dispositive motion should be granted.

                                RESPECTFULLY SUBMITTED ON BEHALF OF
                                THE DEFENDANTS,
                                BRYAN D. KEARNEY, JOHN MINARDI AND
                                KEITH WORTZ


                                BY_____
                                  RENE GERARD MARTINEAU
                                  DEL SOLE & DEL SOLE, L.L.P.
                                  46 SOUTH WHITTLESEY AVENUE
                                  WALLINGFORD, CT 06492
                                  (203) 284-8000
                                  FEDERAL BAR NO. ct 07680

**CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

| | |
|---|---|
| Jonathan H. Beamon<br>Office of the Corporation Counsel<br>City of New Haven<br>165 Church Street<br>New Haven, CT 06510 | Paul A. Morello, Jr.<br>Donovan & Morello<br>154 West Street<br>Building 3<br>Cromwell, CT 06416-2446 |
| Rosemarie Paine<br>Jacobs, Grudberg, Belt & Dow<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606 | R. Edward Phillips<br>Miller & Phillips<br>One Union Plaza, 2nd Flr<br>P.O. Box 116<br>New London, CT 06320 |

_____
Rene Gerard Martineau