UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : |
|     Plaintiff | : |
| | : |
| VS. | : |
| | : |
| THE CITY OF NEW HAVEN, AND IN | : |
| THEIR INDIVIDUAL AND OFFICIAL | : |
| CAPACITIES, MAYOR JOHN | : |
| DESTEFANO, CHIEF OF POLICE | : |
| MELVIN H. WEARING, CORPORATION | : |
| COUNSEL THAYER BALDWIN, CHIEF | : |
| ADMINISTRATIVE OFFICER, JAMES | : |
| HORAN, CAPTAIN BRYAN D. | : |
| KEARNEY, LIEUTENANT JOHN | : |
| MINARDI, PATROL OFFICER KEITH | : |
| WORTZ | : |
|     Defendant | : |
| | :**CONSOLIDATED** |
| STEPHEN G. COPPOLA | :DOCKET NO. 3:01CV592(MRK)(LEAD) |
|     Plaintiff | :DOCKET NO. 3:01CV813(MRK)(MEMBER) |
| | : |
| | : |
| VS. | : |
| | : |
| MELVIN WEARING, BRYAN KEARNEY, | : |
| JOHN MINARDI AND KEITH WORTZ | : |
| AND THE CITY OF NEW HAVEN | :   MAY 13, 2004 |

**MOTION TO WITHDRAW MOTION BY CONSENT OF ALL
PARTIES FOR MODIFICATION OF SCHEDULING ORDERS**

    Pursuant to Local Rule 7(a) of the United States District Court for the District of Connecticut; as amended; the

undersigned defendants hereby move this Honorable Court grant permission for the undersigned to withdraw the motion for modification of scheduling orders dated April 14, 2004 and submitted on April 15, 2004.

    The undersigned apologizes to the Court for the confusion surrounding the filing of this motion.  Letters that have been forwarded and circulated by all counsel of record are enclosed and made a part hereof as though fully set forth herein. They more particularly articulate the undersigned's position that due to unintentional confusion there was no intent to misrepresent the intention of the parties; the undersigned through a motion represented that there was consent to a request for modification when apparently there was none.

    In light of continued objections to portion of the requested modification the undersigned moves this Honorable Court to withdraw the motion.  The undersigned has no objection to any modification of the scheduling orders imposed by the Court in its discretion but cannot remain a party to the

remaining portions of the motion dated April 14, 2004 that have not been objected to by the plaintiff Stephen Coppola.

    Lastly, all counsel have been notified of the intent of the undersigned to file this motion to withdraw the modification request and invited to file their own modification requests if they believe that the presently expired deadlines are insufficient to either prosecute and/or defend their claims.

    WHEREFORE, all of the aforesaid reasons the undersigned request the Court grant the relief sought.

    RESPECTFULLY SUBMITTED ON BEHALF OF
THE DEFENDANTS,
BRYAN D. KEARNEY, JOHN MINARDI AND
KEITH WORTZ

BY_____
  RENE GERARD MARTINEAU
  DEL SOLE & DEL SOLE, L.L.P.
  46 SOUTH WHITTLESEY AVENUE
  WALLINGFORD, CT 06492
  (203) 284-8000
  FEDERAL BAR NO. ct 07680

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

| | |
|---|---|
| Jonathan H. Beamon<br>Office of the Corporation Counsel<br>City of New Haven<br>165 Church Street<br>New Haven, CT 06510 | Paul A. Morello, Jr.<br>Donovan & Morello<br>154 West Street<br>Building 3<br>Cromwell, CT 06416-2446 |
| Rosemarie Paine<br>Jacobs, Grudberg, Belt & Dow<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606 | R. Edward Phillips<br>Miller & Phillips<br>One Union Plaza, 2nd Flr.<br>P.O. Box 116<br>New London, CT 06320 |

                                            _____
                                            Rene Gerard Martineau