UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Edwin Rodriguez | : | |
| | : | Consolidated |
| Plaintiff, | : | NO.   3:01cv0592 (MRK) |
| | : | |
| v. | : | |
| | : | |
| City of New Haven, et al | : | |
| | : | |
| Defendants. | : | |
| | : | |
| Stephen Coppola | : | |
| | : | |
| Plaintiff | : | NO.   3:01cv0813 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Melvin Wearing, et al | : | |
| Defendants. | : | |

## ORDER

The Motion To Withdraw Motion By Consent Of All Parties For Modification Of Scheduling Orders [doc. 106], dated May 13, 2004, is hereby GRANTED. The Motion By Consent Of All Parties For Modification Of Scheduling Orders [doc. #99], dated April 14, 2004, is DENIED as moot.

IT IS SO ORDERED

/s/   _____Mark R. Kravitz_____
United States District Judge

Dated at New Haven, Connecticut: May 18, 2004.