UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Edwin Rodriguez | : | |
| | : | Consolidated |
| Plaintiff, | : | NO.   3:01cv0592 (MRK) |
| v. | : | |
| City of New Haven, et al | : | |
| Defendants. | : | |
| Stephen Coppola | : | |
| Plaintiff | : | NO.   3:01cv0813 (MRK) |
| v. | : | |
| Melvin Wearing, et al | : | |
| Defendants. | : | |

**<u>ORDER</u>**

The Motion For Permission To Modify Time For Filing Dispositive Motion [doc. # 105], dated May 13, 2004, is hereby GRANTED. The Clerk is directed to docket the Motion For Summary Judgment, dated May 13, 2004, on behalf of Defendants Bryan D. Kearney, John Minardi and Keith Wortz.

IT IS SO ORDERED

/s/    <u>     Mark R. Kravitz     </u>
                    U.S.D.J.

Dated at New Haven, Connecticut: <u>May 19, 2004</u>.