

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
EDWIN RODRIGUEZ                    :
     Plaintiff                     :
                                   :
VS.                                :
                                   :
THE CITY OF NEW HAVEN, AND IN      :
THEIR INDIVIDUAL AND OFFICIAL      :
CAPACITIES, MAYOR JOHN             :
DESTEFANO, CHIEF OF POLICE         :
MELVIN H. WEARING, CORPORATION     :
COUNSEL THAYER BALDWIN, CHIEF      :
ADMINISTRATIVE OFFICER, JAMES      :
HORAN, CAPTAIN BRYAN D.            :
KEARNEY, LIEUTENANT JOHN           :
MINARDI, PATROL OFFICER KEITH      :
WORTZ                              :
     Defendant                     :
                                   : CONSOLIDATED
STEPHEN G. COPPOLA                 : DOCKET NO. 3:01CV592(MRK)(LEAD)
     Plaintiff                     : DOCKET NO. 3:01CV813(MRK)(MEMBER)
                                   :
                                   :
VS.                                :
                                   :
MELVIN WEARING, BRYAN KEARNEY,     :
JOHN MINARDI AND KEITH WORTZ       :
AND THE CITY OF NEW HAVEN          :    MAY 13, 2004
```

### LOCAL RULE 56(A)(1) STATEMENT

Pursuant to Rule 56(a)(1) of the Local Rules of Civil Procedure for the District of Connecticut; the undersigned

defendants submit herewith their statement of each material fact as to which the defendants contend there is no genuine issue to be tried.

1.-31.    Statements One (1) through Thirty-One (31) contained in the co-defendants' Joint Local 56(a)(1) Statement of Material Facts Not In Dispute dated April 30, 2004 is hereby incorporated and made Statements One (1) through Thirty-One (31) of this Local Rule 56(a) 1 Statement as though fully set forth herein.

32.   At all relevant times, the defendant Bryan D. Kearney was a Captain with the City of New Haven Police Department (Paragraph four (4) of Kearney affidavit);

33.   At all relevant times, the defendant John Minardi was a Sergeant or subsequently Lieutenant with the City of New Haven Police Department (Paragraph Four (4) of Minardi affidavit);

34.   At all relevant times, the defendant Keith Wortz was a Patrol Officer with the City of New Haven Police Department (Paragraph Four (4) of Wortz affidavit);

35.  At all relevant times, Bryan D. Kearney and John Minardi were assigned to the Office of Internal Values & Ethics of the New Haven Police Department (Paragraph Five (5) of Kearney's and Minardi's affidavit respectively);

36.  At all relevant times, Bryan D. Kearney and John Minardi were assigned by New Haven Police Chief Melvin H. Wearing with the task of investigating how the New Haven Police Department handled information related to the homicide of Philip Cusick. (Paragraphs Five (5) of Kearney and Minardi affidavits respectively);

37.  During the course of that investigation; Keith Wortz was ordered to appear on May 9, 2000 and provide sworn testimony to the facts he knew surrounding the police investigation into the homicide of Philip Cusick (Paragraph Six (6) of Wortz Affidavit);

38.  John Minardi and Keith Wortz were compelled by subpoena to appear and give testimony under oath to a Grand Jury convened and investigating the police investigation into

the homicide of Philip Cusick (Paragraph six (6) of Minardi Affidavit and Paragraph Seven (7) of Wortz Affidavit);

39. Bryan D. Kearney as Officer in charge of the Internal Value & Ethics Unit of the New Haven Police Department's investigation into the police investigation into the homicide of Philip Cusick authored and submitted the final report consisting of sixty-nine (69) pages entitled "New Haven Police Department Office of Internal Values & Ethics The Homicide of Philip Cusick Internal Investigation #034-00-I Final Report" dated January 4, 2001 which contained a three (3) page Statement of Facts. (Paragraphs Five (5) and Six (6) of Kearney Affidavit).

40. At no relevant time, did Brian D. Kearney, John Minardi or Keith Wortz issue any reprimands to or take any other disciplinary affirmative actions against the plaintiffs related to the police investigation into the handling of Philip Cusick homicide. (Paragraph Eight (8) of Wortz Affidavit ; Paragraph Seven (7) of Minardi Affidavit and Paragraph Seven (7) of Kearney Affidavit).

RESPECTFULLY SUBMITTED ON BEHALF OF
THE DEFENDANTS,
BRYAN D. KEARNEY, JOHN MINARDI AND
KEITH WORTZ

BY_____
RENE GERARD MARTINEAU
DEL SOLE & DEL SOLE, L.L.P.
46 SOUTH WHITTLESEY AVENUE
WALLINGFORD, CT 06492
(203) 284-8000
FEDERAL BAR NO. ct07680

## CERTIFICATION

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

| | |
|---|---|
| Jonathan H. Beamon<br>Office of the Corporation Counsel<br>City of New Haven<br>165 Church Street<br>New Haven, CT 06510 | Paul A. Morello, Jr.<br>Donovan & Morello<br>154 West Street<br>Building 3<br>Cromwell, CT 06416-2446 |
| Rosemarie Paine<br>Jacobs, Grudberg, Belt & Dow<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606 | R. Edward Phillips<br>Miller & Phillips<br>One Union Plaza, 2nd<br>P.O. Box 116<br>New London, CT 06320 |

_____
Rene Gerard Martineau