UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIDGUEZ : | |
|    Plaintiff : | |
| : | |
| vs. : | |
| : | |
| THE CITY OF NEW HAVEN, AND IN : | |
| THEIR INDIVIDUAL AND OFFICIAL : | |
| CAPACITIES, MAYOR JOHN : | |
| DESTEFANO, CHIEF OF POLICE : | |
| MELVIN H. WEARING, CORPORATION : | |
| COUNSEL THAYER BALDWIN, CHIEF : | |
| ADMINSTRATIVE OFFICER, JAMES : | |
| HORAN CPATIN BRYAN D. KEARNEY, : | |
| LIEUTENANT JOHN MINARDI, PATROL : | |
| OFFICER KEITH WORTZ : | |
|    Defendants : | |
| : | CONSOLIDATED |
| : | NO.: 3:01CV592 (MRK) (Lead) |
| STEPHEN G. COPPOLA : | NO.: 3:01CV813 (MRK) (Member) |
|    Plaintiff : | |
| v. : | |
| : | |
| MELVIN WEARING, BRYAN KEARNEY, : | |
| JOHN MINARDI AND KEITH WORTZ : | |
| AND THE CITY OF NEW HAVEN : | May 21, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 7 (b), the Plaintiff, Stephen G. Coppola, by and through counsel, hereby moves for an extension of time in which to respond to the Defendant City of New Haven's Motion for Summary Judgment.

Plaintiff's counsel, R. Edward Phillips, Esq., recently sustained an injury from which he is now recovering. He is not currently available to perform legal duties on a full-time basis. The date of his full recovery is unknown.

The undersigned has had minimal prior involvement in this file and, as the sole partner of Attorney Phillips, is attempting to cover numerous matters for which Attorney Phillips had sole or primary responsibility. Therefore, the Plaintiff requests an extension of time through July 16, 2004 in which to respond to the Defendant City of New Haven's Motion for Summary Judgment.

Jonathan H. Beamon, Esq., Rene Martineau, Esq., and Rosemarie Paine, Esq. have been contacted and they have no objection to this extension of time being granted.

This is the first such extension of time requested by the Plaintiff.

                THE PLAINTIFF
                Stephen Coppola

By: _____
      Warren Miller
      Miller & Phillips, LLC
      One Union Plaza, Second Floor
      New London, CT 06320
      Tel.  (860) 444-0437
      Fax. (860)-443-1354
      CT# 14330

## **CERTIFICATION**

This is to certify that the foregoing has been delivered via mail, postage pre-paid on this _____ day of May, 2004 to the following counsel:

Jonathan Beamon, Esquire
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510


Rene G. Martineau, Esquire
Del Sole & Del Sole, LLP
46 Whittlesey Avenue
Wallingford, CT 06492


Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
New Haven, CT 06511

_____
Warren Miller