## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK) (member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : MAY 21, 2004 |

### APPEARANCE

To the Clerk of this court and all parties of record:
Enter my appearance as additional counsel in this case for: **STEPHEN G. COPPOLA**


May 21, 2004
Date                                    Signature

CT14330                              Warren Miller
Connecticut Federal Bar Number       Print Clearly or Type Name

(860)444-0437                        One Union Plaza, 2d Floor P.O. Box 116
Telephone Number                     Address

                                     New London, CT 06320

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 21st day of May, 2004 to the following:

Jonathan Beamon, Esquire          Paul A. Morello, Jr., Esquire
Corporation Counsel               Donovan & Morello, LLP
City of New Haven                 154 West Street
165 Church Street                 Cromwell, CT 06416
New Haven, CT 06510

Rene Gerard Martineau, Esquire    Rosemarie Paine, Esquire
Del Sole & Del Sole, LLP          300 Orange Street
46 South Whittlesey Avenue        New Haven, CT 06511
P.O. Box 310
Wallingford, CT 06492


Warren Miler