## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Edwin Rodriguez | : | | |
| | : | Consolidated | |
| Plaintiff, | : | NO. 3:01cv0592 (MRK) | |
| v. | : | | |
| City of New Haven, et al | : | | |
| Defendants. | : | | |
| Stephen Coppola | : | | |
| Plaintiff | : | NO. 3:01cv0813 (MRK) | |
| v. | : | | |
| Melvin Wearing, et al | : | | |
| Defendants. | : | | |

### ORDER

Plaintiff Coppola's Motion for Enlargement of Time [doc. #111] is GRANTED for good cause shown and absent objection. Plaintiff will respond to the motion for summary judgment by **July 16, 2004**.

IT IS SO ORDERED

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 3, 2004.