UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIDGUEZ<br>    Plaintiff | :<br>:<br>: |
| vs. | :<br>: |
| THE CITY OF NEW HAVEN, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, MAYOR JOHN DESTEFANO, CHIEF OF POLICE MELVIN H. WEARING, CORPORATION COUNSEL THAYER BALDWIN, CHIEF ADMINSTRATIVE OFFICER, JAMES HORAN CAPTAIN BRYAN D. KEARNEY, LIEUTENANT JOHN MINARDI, PATROL OFFICER KEITH WORTZ<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| | :    CONSOLIDATED<br>:    NO.: 3:01CV592 (MRK) (Lead) |
| STEPHEN G. COPPOLA<br>    Plaintiff<br>v. | :    NO.: 3:01CV813 (MRK) (Member)<br>:<br>:<br>: |
| MELVIN WEARING, BRYAN KEARNEY, JOHN MINARDI AND KEITH WORTZ AND THE CITY OF NEW HAVEN | :<br>:<br>:    June 7, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), as amended; and this Honorable court's inherent

authority to modify its scheduling orders; the undersigned party hereby moves that the

Honorable Mark R. Kravitz, U.S.D.J. modify his scheduling orders issued on September 23, 2003 as follows:

1. Plaintiffs to file damage analysis and disclosures of experts by June 30, 2004;

2. Parties to complete depositions of fact witnesses and plaintiffs' experts and file any written discovery and admissions by July 20, 2004;

3. Defendant to disclose any experts and file any dispositive motions by August 30, 2004;

4. Plaintiffs to conduct any depositions of defendants' experts and file opposition memorandum as well as the parties to file any motions directed at the sufficiency or admissibility of expert opinions and/or other pretrial motions by September 30, 2004;

5. If dispositive motions and/or other pretrial motions are not pending and/or have been decided, the cases will be trial ready for November 1, 2004.

Attorneys Jonathan Beamon and Rosemarie Paine have been contacted and have indicated they have no objection to the granting of this motion. Attorney Rene Martineau has expressed an objection to this motion being granted.

        THE PLAINTIFF
        Stephen Coppola

By: _____
        Warren Miller
        Miller & Phillips, LLC
        One Union Plaza, Second Floor
        New London, CT 06320
        Tel.  (860) 444-0437
        Fax. (860)-443-1354
        CT# 14330

## **CERTIFICATION**

This is to certify that the foregoing has been delivered via mail, postage pre-paid on this _____ day of June, 2004 to the following counsel:

Jonathan Beamon, Esquire
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Rene G. Martineau, Esquire
Del Sole & Del Sole, LLP
46 Whittlesey Avenue
Wallingford, CT 06492

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
New Haven, CT 06511

        _____
        Warren Miller