UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ, Plaintiff | : <br> : <br> : |
| vs. | : <br> : |
| THE CITY OF NEW HAVEN, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, MAYOR JOHN DESTEFANO, CHIEF OF POLICE MELVIN H. WEARING, CORPORATION COUNSEL THAYER BALDWIN, CHIEF ADMINISTRATIVE OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY, LIEUTENANT JOHN MINARDI, PATROL OFFICER KEITH WORTZ, Defendants | : <br> : CONSOLIDATED <br> : NO.301 CV592(MRK)(Lead) <br> : NO.: 3:01 CV813(MRK)(Member) <br> : <br> : <br> : <br> : <br> : |
| STEPHEN COPPOLA, Plaintiff | : <br> : <br> : |
| vs. | : <br> : |
| MELVIN WEARING, BRYAN KEARNEY, JOHN MINARDI AND KEITH WORTZ AND THE CITY OF NEW HAVEN | : <br> : <br> : JUNE 10, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 9(b), as amended, plaintiff, Edwin Rodriguez, by and through his attorney, respectfully requests that the Court modify the scheduling orders issued on September 23, 2003 as follows:

1. Plaintiffs to file damage analysis and disclosure of experts by June 30, 2004;

    2. Parties to complete depositions of fact witnesses and plaintiff's experts and file any written discovery and admissions by July 20, 2004;

    3. Defendant to disclose any experts by August 30, 2004;

    4. Plaintiffs to respond to defendant's motion for summary judgment by September 10, 2004;

    5. Plaintiffs to complete depositions of defendant's experts and file opposition memoranda to any motions directed at the sufficiency or admissibility of expert opinions by September 30, 2004;

    6. Case to be trial ready by November 1, 2004.

    The above schedule takes into account delays which have occurred since the Court's scheduling orders which were issued on September 23, 2003. Since that time, there have been delays due to the unavailability of the State Court transcripts, unavailability and delays in deposing witnesses due to discovery disputes, and, most recently, the illness of counsel for the co-plaintiff. Both attorneys for the defendants have been contacted and have no objection to the scheduling order as proposed. Rene Martineau, counsel for some of the defendants, has indicated that he will be seeking a slight modification on the motion for enlargement of time proposed by plaintiff Stephen Coppola.

    The above proposed scheduling order is similar in nature to the scheduling order requested by co-plaintiff in this matter.

        THE PLAINTIFF,
        EDWIN RODRIGUEZ


By: _____
   Rosemarie Paine (ct15694)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Telephone No.: 203-772-3100
Facsimile No.: 203-772-1691
e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 10th day of June, 2004:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320

_____
Rosemarie Paine