UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ, Plaintiff | : <br> : <br> : |
| vs. | : <br> : <br> : |
| THE CITY OF NEW HAVEN, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, MAYOR JOHN DESTEFANO, CHIEF OF POLICE MELVIN H. WEARING, CORPORATION COUNSEL THAYER BALDWIN, CHIEF ADMINISTRATIVE OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY, LIEUTENANT JOHN MINARDI, PATROL OFFICER KEITH WORTZ, <br>     Defendants <br> STEPHEN COPPOLA, <br>     , Plaintiff | : <br> : CONSOLIDATED <br> : NO.301 CV592(MRK)(Lead) <br> : NO.: 3:01 CV813(MRK)(Member) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| vs. | : <br> : |
| MELVIN WEARING, BRYAN KEARNEY, JOHN MINARDI AND KEITH WORTZ AND THE CITY OF NEW HAVEN | : <br> : <br> : JUNE 10, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(b), as amended, plaintiff, Edwin Rodriguez, by and through his attorney, respectfully requests that the Court modify the scheduling orders tto allow plaintiff to respond to defendant's Motion for Summary Judgment by September

10, 2004. This will allow plaintiffs to complete necessary fact witness depositions in accordance with the proposed new scheduling orders which are stated in greater detail in plaintiff's Motion for Modification of Scheduling Orders filed herewith.

        THE PLAINTIFF,
        EDWIN RODRIGUEZ


    By_____
      Rosemarie Paine (ct15694)
    JACOBS, GRUDBERG, BELT & DOW, P.C.
    350 Orange Street
    New Haven, CT 06503
    Telephone No.: 203-772-3100
    Facsimile No.: 203-772-1691
    e-mail: rpaine@jacobslaw.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 10th day of June, 2004:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320

_____
Rosemarie Paine