UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : |
|     Plaintiff | : |
| | : |
| VS. | : |
| | : |
| THE CITY OF NEW HAVEN, AND IN | : |
| THEIR INDIVIDUAL AND OFFICIAL | : |
| CAPACITIES, MAYOR JOHN | : |
| DESTEFANO, CHIEF OF POLICE | : |
| MELVIN H. WEARING, CORPORATION | : |
| COUNSEL THAYER BALDWIN, CHIEF | : |
| ADMINISTRATIVE OFFICER, JAMES | : |
| HORAN, CAPTAIN BRYAN D. | : |
| KEARNEY, LIEUTENANT JOHN | : |
| MINARDI, PATROL OFFICER KEITH | : |
| WORTZ | : |
|     Defendant | : |
| | :**CONSOLIDATED** |
| STEPHEN G. COPPOLA | :DOCKET NO. 3:01CV592(MRK)(LEAD) |
|     Plaintiff | :DOCKET NO. 3:01CV813(MRK)(MEMBER) |
| | : |
| | : |
| VS. | : |
| | : |
| MELVIN WEARING, BRYAN KEARNEY, | : |
| JOHN MINARDI AND KEITH WORTZ | : |
| AND THE CITY OF NEW HAVEN | :   JUNE 10, 2004 |

**REPLY TO MOTION FOR ENLARGEMENT OF TIME**

The undersigned parties hereby request that if the Honorable Mark R. Kravitz, U.S.D.J. modifies his scheduling

orders issued on September 23, 2003 that the following additional modified orders be issued as well:

    a.   The defendants have until August 30, 2004 to complete the plaintiffs' expert's deposition;

    b.   The defendants have until August 30, 2004 to complete any independent medical and/or psychiatric examination of the plaintiffs;

    c.   If dispositive motions and/or other pretrial motions are not pending and/or have been decided, then the case be deemed trial ready for December 1, 2004;

    The undersigned submitted these as proposals to the motion for modification but the moving party Stephen Coppola did not attempt to incorporate any of these requested changes or modifications in the motion.  Further, the moving party Stephen Coppola steadfastly refuses to undergo any independent psychiatric examinations even though he is making psychiatric injury claims and has disclosed a psychiatrist as an expert. Also even though certain other dates were proposed for some of the remaining deadlines they were entirely ignored in the

plaintiff Stephen Coppola's motion. Lastly, the parties as it relates to the plaintiff Stephen Coppola did not confer to articulate in that motion what the good cause was for requesting the Court modify his prior orders.

WHEREFORE, if the Honorable Court grants the motion for modification the undersigned parties hereby request that the proposed additions and modifications be incorporated herein.

                                  RESPECTFULLY SUBMITTED ON BEHALF OF
                                  THE DEFENDANTS,
                                  BRYAN D. KEARNEY, JOHN MINARDI AND
                                  KEITH WORTZ

                                  BY_____
                                    RENE GERARD MARTINEAU
                                    DEL SOLE & DEL SOLE, L.L.P.
                                    46 SOUTH WHITTLESEY AVENUE
                                    WALLINGFORD, CT 06492
                                    (203) 284-8000
                                    FEDERAL BAR NO. ct07680

**CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed postage prepaid on this date to the following:

| | |
|---|---|
| Jonathan H. Beamon<br>Office of the Corporation Counsel<br>City of New Haven<br>165 Church Street<br>New Haven, CT 06510 | Paul A. Morello, Jr.<br>Donovan & Morello<br>154 West Street, Bld. 3<br>Cromwell, CT 06416-2446 |
| Rosemarie Paine<br>Jacobs, Grudberg, Belt & Dow<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606 | Warren Miller<br>Miller & Phillips<br>One Union Plaza, 2nd flr.<br>P.O. Box 116<br>New London, CT 06320 |

_____
Rene Gerard Martineau