# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Edwin Rodriguez          :
                         :    Consolidated
            Plaintiff,   :    NO.    3:01cv0592 (MRK)
                         :
v.                       :
                         :
City of New Haven, et al :
                         :
            Defendants.  :
                         :
Stephen Coppola          :
                         :
            Plaintiff    :    NO.    3:01cv0813 (MRK)
                         :
v.                       :
                         :
Melvin Wearing, et al    :
            Defendants.  :

## <u>ORDER</u>

Plaintiff Coppola's Motion For Sanction Against the Defendant City Of New Haven For Its Failure To Respond To Discovery Requests [doc. # 93], dated March 24, 2004, and Motion For Sanctions [doc. # 113], dated June 3, 2004, are **DENIED** without prejudice for failure to comply with the Court's standing orders that require the Court's permission to file motions regarding discovery.

The Motion For Enlargement Of Time [doc. #115], dated June 7, 2004; the Motion For Enlargement Of Time [doc. # 116], dated June 10, 2004; and the Motion For Enlargement Of Time To Respond To Defendant's Motions For Summary Judgment [doc. #117], dated June 10, 2004, are **DENIED** without prejudice to renewal at a status conference to be held on **July 19, 2004, at 1:30 p.m.** in Courtroom # 4.  All scheduling deadlines in the case are suspended until

the status conference at which time the Court will establish a schedule.

**THE COURT'S SUSPENSION OF SCHEDULING DEADLINES DOES NOT MEAN THAT THE PARTIES' OBLIGATIONS TO CONTINUE WORKING ON THIS CASE ARE SUSPENDED.  IN PARTICULAR THE COURT EXPECTS THAT THE PARTIES WILL CONTINUE TO COMPLETE DISCOVERY AND OTHER ACTIVITIES IN CONNECTION WITH THIS CASE DURNG THE PERIOD BEFORE THE STATUS CONFERENCE.**

The defendants' request for an IME of the plaintiff Steven Coppola is GRANTED and the parties should proceed to schedule that IME as soon as possible and report to the court on July 19, 2004 regarding the progress in completing the IME.

The Motion To Withdraw Appearance [doc. 91], dated March 23, 2004, is GRANTED. The Appearance of Jonathan H. Beamon on behalf of Keith Wortz in terminated.  Attorney Rene Gerard Martineau has appeared on behalf of defendant Keith Wortz.

IT IS SO ORDERED.

/s/ _____ Mark R. Kravitz _____
United States District Judge

Dated at New Haven, Connecticut: <u>June 25, 2004</u>.