UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ   , Plaintiff | : <br> : <br> : |
| vs. | : <br> : |
| THE CITY OF NEW HAVEN, AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, MAYOR JOHN DESTEFANO, CHIEF OF POLICE MELVIN H. WEARING, CORPORATION COUNSEL THAYER BALDWIN, CHIEF ADMINISTRATIVE OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY, LIEUTENANT JOHN MINARDI, PATROL OFFICER KEITH WORTZ,<br>   Defendants | : <br> : CONSOLIDATED <br> : NO.301 CV592(MRK)(Lead) <br> : NO.: 3:01 CV813(MRK)(Member) <br> : <br> : <br> : <br> : <br> : |
| STEPHEN COPPOLA,   , Plaintiff | : <br> : <br> : |
| vs. | : <br> : |
| MELVIN WEARING, BRYAN KEARNEY, JOHN MINARDI AND KEITH WORTZ AND THE CITY OF NEW HAVEN | : <br> : <br> : JULY 2, 2004 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER
AND TO FIX TRIAL DATE**

    Pursuant to Local Rule 9(b), as amended, all parties, by and through their attorneys, respectfully request that the Court modify the existing scheduling orders to allow the parties to complete discovery, file and respond to dispositive motions, and

prepare for a fall 2004 jury trial in the matters. This motion is the result of a private meeting of all the attorneys today in which the case was discussed at length, and all disputed issues were resolved.

The parties respectfully request that the Court modify the scheduling orders issued on September 23, 2003 as follows:

1. Plaintiffs to file damage analysis and written discovery compliance and disclosure of experts by July 20, 2004;

2. Parties to complete depositions of fact witnesses by August 10, 2004;

3. Plaintiffs to respond to defendants' motions for summary judgment by September 27, 2004;

4. Defendants to disclose any experts by September 30, 2004;

5. Plaintiffs to complete depositions of defendants' experts by October 29, 2004;

6. The parties are all available for trial the weeks beginning November 29, December 6, and December 13. The parties believe the case will require 9 days for trial. Parties request the case be scheduled for trial during this time period.

The above schedule takes into account unanticipated delays which have occurred since the Court's scheduling orders which were issued on September 23, 2003. Since that time, there have been delays due to the unavailability of the State Court transcripts, unavailability and delays in deposing witnesses due to discovery disputes, and, most recently, the illness of one of the plaintiffs' counsel.

THE PLAINTIFF,
EDWIN RODRIGUEZ


By_____
   Rosemarie Paine (ct15694)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Telephone No.: 203-772-3100
Facsimile No.: 203-772-1691
e-mail: rpaine@jacobslaw.com

THE PLAINTIFF,
STEPHEN G. COPPOLA

By_____
   Edward Phillips (ct20999)
   Warren Miller
   One Union Plaza
   New London, CT 06320

        THE DEFENDANTS,
        BRIAN D. KEARNEY, JOHN MINARDI
        AND KEITH WORTZ

        By_____
         Rene Martineau (ct07680)
         DelSole & DelSole
         46 South Whittlesey Avenue
         Wallingford, CT 06492


        THE DEFENDANTS,
        CITY OF NEW HAVEN AND CHIEF
        MELVIN WEARING

        By_____
         Jonathan Beamon (ct22937)
         Assistant Corporation Counsel
         165 Church Street
         New Haven, CT 06510