UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ , Plaintiff | : |
| | : |
| vs. | : |
| | : |
| THE CITY OF NEW HAVEN, AND IN THEIR | : |
| INDIVIDUAL AND OFFICIAL CAPACITIES, | : CONSOLIDATED |
| MAYOR JOHN DESTEFANO, CHIEF OF POLICE | : NO.301 CV592(MRK)(Lead) |
| MELVIN H. WEARING, CORPORATION COUNSEL | : NO.: 3:01 CV813(MRK)(Member) |
| THAYER BALDWIN, CHIEF ADMINISTRATIVE | : |
| OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY, | : |
| LIEUTENANT JOHN MINARDI, PATROL OFFICER | : |
| KEITH WORTZ, | : |
|     Defendants | : |
| | : |
| STEPHEN COPPOLA, Plaintiff | : |
| | : |
| vs. | : |
| | : |
| MELVIN WEARING, BRYAN KEARNEY, | : |
| JOHN MINARDI AND KEITH WORTZ AND | : |
| THE CITY OF NEW HAVEN | : SEPTEMBER 22, 2004 |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO**
**DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

    Pursuant to Local Rule 7(b), plaintiff, Edwin Rodriguez, by and through his attorney, respectfully requests that the Court modify the scheduling orders to allow plaintiff to respond to defendants' Motions for Summary Judgment by October 11, 2004.

While plaintiffs have completed fact depositions, the court reporter has not yet provided counsel with the transcripts for either plaintiff. The court reporter anticipates forwarding these transcripts to counsel some time during the week of September 27, 2004. Plaintiff accordingly requests an extension of time to October 11, 2004 in which to respond to defendants' motions.

### A. Good Cause for Extension.

There is good cause to grant the requested extension. The plaintiffs' depositions are crucial to demonstrating that genuine issues of material fact exist which defeat these summary judgment motions. Plaintiff expects to receive the transcripts from the court reporter some time during the week of September 27, 2004, but does not have a more specific delivery date. Once the depositions are received, they must be digested and incorporated into plaintiff's brief and Local Rule 56(a)2 statement.

### B. Position of Opposing Counsel

In support of this motion, undersigned counsel represents that opposing counsel do not oppose this motion.

### C. Prior Motions

Plaintiff has made two prior motions for extension of time with regard to the deadline for filing his response to these motions. (The second of these motions was filed jointly with all parties and was simultaneous to the first.)

D.      Conclusion

For these reasons, plaintiff respectfully requests his motion be granted.

>THE PLAINTIFF,
>EDWIN RODRIGUEZ
>
>
>By_____
>   Rosemarie Paine (ct15694)
>JACOBS, GRUDBERG, BELT & DOW, P.C.
>350 Orange Street
>New Haven, CT 06503
>Telephone No.: 203-772-3100
>Facsimile No.: 203-772-1691
>e-mail: rpaine@jacobslaw.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 22nd day of September, 2004 to:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320

_____
Rosemarie Paine