UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO.3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO.3:01CV 813 (MRK) (member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : SEPTEMBER 26, 2004 |

## MOTION FOR LEAVE TO FILE AMENDED PLEADING

The plaintiff, Stephen G. Coppola, respectfully requests leave of this honorable court to file an amended pleading, his Complaint, pursuant to Federal Rule of Civil Procedure 15(a). The requested amendment will streamline the issues for trial, reduce the number of defendants, and conform to the evidence obtained in discovery.

      THE PLAINTIFF
      STEPHEN G. COPPOLA

By: _____
    R. Edward Phillips, Esquire
    One Union Plaza, Second Floor
    New London, CT  06320
    (860) 444-0437
    # CT20999

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO.3:01CV 813 (MRK) (member) |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : SEPTEMBER 26, 2004 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE AMENDED PLEADING**

A. Introduction

Stephen G. Coppola is the plaintiff. Melvin Wearing, Brian Kearney and the City of New Haven are the defendants.

1.  The plaintiff brought suit against the defendants for violations of his right guaranteed by the First and Fourteenth Amendments to the U.S. Constitution pursuant to 42 U.S.C. §1983 and common law causes of action.

B. Argument

2.  Unless the opposing party can show prejudice, bad faith, or undue

delay, a court should grant leave to file an amended pleading.  Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962); Friedl v. City of New York, 210 F.3d 79 (2d Cir. 2000); see Soler v. G & U, Inc., 86 F.R.D. 524 (S.D.N.Y. 1980); see also Fed. R. Civ. P. 15(a).

3.     The court should allow the filing of the plaintiff's amended pleading because it reduces the number of defendants, causes of action and conforms to the evidence obtained in discovery.

4.     The defendants will not be prejudiced by the plaintiff's amended pleading because the amendment will not cause any undue delay.

5.     The plaintiff is filing his amended Complaint contemporaneously with this motion.

## C. Conclusion

6.     The defendants will not be prejudiced by the plaintiff's amended Complaint and its amendment should not cause delay.  For these reasons, the plaintiff asks the court to grant leave to file the amended Complaint.

        THE PLAINTIFF
        STEPHEN G. COPPOLA

By: _____
     R. Edward Phillips, Esquire
     One Union Plaza, Second Floor
     New London, CT  06320
     (860) 444-0437
     # CT20999

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

  On this day, the court considered the plaintiff's Motion for Leave to Amend. After considering the motion and response, the court

  GRANTS the Motion.

  DENIES the Motion.

SIGNED ON _____, 2001.

                   _____
                   U.S. DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

_____
R. Edward Phillips, Esquire
One Union Plaza, Second Floor
New London, CT  06320
(860) 444-0437
# CT20999

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed on September 26, 2004 to:

Jonathan Beamon, Esquire
Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Rene Gerard Martineau, Esquire
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492-0310

Rosemaire Paine, Esqurie
350 Orange Street
P.O. Box 606
New Haven, CT 06503

                                              _____
                                              R. Edward Phillips, Esquire