UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ,<br>    Plaintiff | : <br> : <br> : |
| vs. | : <br> : |
| THE CITY OF NEW HAVEN, AND IN THEIR<br>INDIVIDUAL AND OFFICIAL CAPACITIES,<br>MAYOR JOHN DESTEFANO, CHIEF OF POLICE<br>MELVIN H. WEARING, CORPORATION COUNSEL<br>THAYER BALDWIN, CHIEF ADMINISTRATIVE<br>OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY,<br>LIEUTENANT JOHN MINARDI, PATROL OFFICER<br>KEITH WORTZ,<br>    Defendants | : <br> : CONSOLIDATED<br> : NO.301 CV592(MRK)(Lead)<br> : NO.: 3:01 CV813(MRK)(Member)<br> : <br> : <br> : <br> : <br> : |
| STEPHEN COPPOLA,<br>    Plaintiff | : <br> : <br> : |
| vs. | : <br> : |
| MELVIN WEARING, BRYAN KEARNEY,<br>JOHN MINARDI AND KEITH WORTZ AND<br>THE CITY OF NEW HAVEN | : <br> : <br> : OCTOBER 8, 2004 |

**PLAINTIFF RODRIGUEZ' NOTICE OF MANUAL FILING**

      Please take notice that plaintiff, Edwin Rodriguez has manually filed the following document.

    Exhibit D

This document has not been filed electronically because

[X]    the document cannot be converted to an electronic format
[ ]    the electronic file size of the document exceed 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

      THE PLAINTIFF,
      EDWIN RODRIGUEZ


      By /s/ Rosemarie Paine
        Rosemarie Paine (ct15694)
        JACOBS, GRUDBERG, BELT & DOW, P.C.
        350 Orange Street
        New Haven, CT 06503
        Telephone No.: 203-772-3100
        Facsimile No.: 203-772-1691
        e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the Plaintiff Rodriguez' Notice of Manual Filing was mailed first class, postage prepaid this 8th day of October, 2004 to:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320

/s/ Rosemarie Paine
Rosemarie Paine