UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ,<br>    Plaintiff | :<br>:<br>: |
| vs. | :<br>: |
| THE CITY OF NEW HAVEN, AND IN THEIR<br>INDIVIDUAL AND OFFICIAL CAPACITIES,<br>MAYOR JOHN DESTEFANO, CHIEF OF POLICE<br>MELVIN H. WEARING, CORPORATION COUNSEL<br>THAYER BALDWIN, CHIEF ADMINISTRATIVE<br>OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY,<br>LIEUTENANT JOHN MINARDI, PATROL OFFICER<br>KEITH WORTZ,<br>    Defendants | :<br>: CONSOLIDATED<br>: NO.301 CV592(MRK)(Lead)<br>: NO.: 3:01 CV813(MRK)(Member)<br>:<br>:<br>:<br>:<br>: |
| STEPHEN COPPOLA,<br>    Plaintiff | :<br>:<br>: |
| vs. | :<br>: |
| MELVIN WEARING, BRYAN KEARNEY,<br>JOHN MINARDI AND KEITH WORTZ AND<br>THE CITY OF NEW HAVEN | :<br>:<br>: OCTOBER 8, 2004 |

### PLAINTIFF RODRIGUEZ' NOTICE OF FILING EXHIBITS IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT

Plaintiff Edwin Rodriguez hereby gives Notice of filing the attached exhibits in support of his opposition to Defendants' Motions for Summary Judgment.

Attached are the following exhibits:

Exhibit A:   Edward Kendall, Excerpts of Trial Transcript, State v. Sullivan, CV-00-0496678, September 30, 2003

Exhibit B:   Edwin Rodriguez, Excerpts from Deposition

Exhibit C:   Melvin Wearing Excerpts from Deposition

Exhibit D:   Sullivan Statement of May 12, 2000, given in Internal Affairs Investigation

Exhibit E:   Stephen Coppola, Excerpts from Deposition

Exhibit F:   John Minardi, Excerpts from Deposition

Exhibit G:   Keith Wortz, Excerpts from Deposition

Exhibit H:   Melvin Wearing, Excerpts from Trial Transcript, State v. Sullivan, CV-00-0496678, October 2, 2003

Exhibit I:   Unpublished Connecticut Superior Court decisions in alphabetical order

       THE PLAINTIFF,
       EDWIN RODRIGUEZ


      By /s/Rosemarie Paine
        Rosemarie Paine (ct15694)
        JACOBS, GRUDBERG, BELT & DOW, P.C.
        350 Orange Street
        New Haven, CT 06503
        Telephone No.: 203-772-3100
        Facsimile No.: 203-772-1691
        e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the Plaintiff Rodriguez' Notice of Filing Exhibits in Support of Opposition to Summary Judgment was mailed first class, postage prepaid this 8th day of October, 2004 to:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320

/s/ Rosemarie Paine
Rosemarie Paine