# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK)(lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK)(member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : OCTOBER 8, 2004 |

**PLAINTIFF COPPOLA'S MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL AGAINST DEFENDANT KEITH WORTZ**

The plaintiff Stephen Coppola asks this honorable court to dismiss his suit against the defendant, Keith Wortz, as authorized by Federal Rule of Civil Procedure 41 (a) (2).

### A. Introduction

1. Stephen G. Coppola is the plaintiff.  Melvin Wearing, Bryan Kearney, Keith Wortz and the City of New Haven are the defendants.

2. In this case, the plaintiff, Stephen G. Coppola, is suing the defendants for:

> a. Connecticut common law defamation;

    b. denial of the U.S. Constitution's First and Fourteenth Amendment rights as protected by 42 U.S.C. § 1983.

## B. Argument

3. The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the nonmovant. Fed. R. Civ. P. 41(a)(2).

4. The plaintiff seeks a dismissal because Keith Wortz's sworn testimony, during his deposition, substantiated several of the plaintiff's claims against the defendants; revealed self-exculpatory information; and therefore, dismissal is warranted in the interests of justice.

5. The plaintiff has no intention of refiling the suit or pursuing any claims, related to this case, against Keith Wortz in state court.

6. The defendant, Keith Wortz, will not be prejudiced by the dismissal.

7. The defendant, Keith Wortz, has not filed a counterclaim.

## C. Conclusion

8. For the foregoing reasons, the plaintiff Stephen Coppola asks the Court to dismiss his complaint without prejudice against Keith Wortz.

          THE PLAINTIFF
          STEPHEN G. COPPOLA

By: _____
     R. Edward Phillips, Esquire
     One Union Plaza, Second Floor
     New London, CT  06320
     (860) 444-0437
     fax: 860-443-1354
     # CT20999

## **CERTIFICATION**

This is to certify that a copy of the foregoing was faxed and mailed on September 26, 2004 to:

Jonathan Beamon, Esquire
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510
Fax: 203-946-7942

Rene Gerard Martineau, Esquire
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492
Fax: 203-777-4485

Rosemaire Paine, Esqurie
350 Orange Street
P.O. Box 606
New Haven, CT 06503
Fax: 203-772-1691

_____
R. Edward Phillips, Esquire