UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ<br>   Plaintiff | :<br>:<br>: |
| vs. | :<br>: |
| THE CITY OF NEW HAVEN, AND IN THEIR<br>INDIVIDUAL AND OFFICIAL CAPACITIES,<br>MAYOR JOHN DESTEFANO, CHIEF OF POLICE<br>MELVIN H. WEARING, CORPORATION COUNSEL<br>THAYER BALDWIN, CHIEF ADMINISTRATIVE<br>OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY,<br>LIEUTENANT JOHN MINARDI, PATROL OFFICER<br>KEITH WORTZ,<br>   Defendants | :<br>:  CONSOLIDATED<br>:  NO.301 CV592(MRK)(Lead)<br>:  NO.: 3:01 CV813(MRK)(Member)<br>:<br>:<br>:<br>:<br>: |
| STEPHEN COPPOLA,<br>   Plaintiff | :<br>:<br>: |
| vs. | :<br>: |
| MELVIN WEARING, BRYAN KEARNEY,<br>JOHN MINARDI AND KEITH WORTZ AND<br>THE CITY OF NEW HAVEN | :<br>:<br>: OCTOBER 22, 2004 |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), plaintiff requests to leave to file the attached Amended Complaint.

The operative complaint names the City of New Haven and seven individual defendants. It asserts civil rights claims under the First, Fourth, and Fourteenth Amendments against the individual defendants and against the City; a claim for intentional infliction of emotional distress against the individual defendants; and a claim (Count Four) for violation of Connecticut General Statutes sections 31-51m and 31-51q against the City.

Plaintiff seeks to leave to amend his complaint to simplify the issues in this case for trial. The proposed amended complaint names as defendants only Police Chief Melvin Wearing and the City of New Haven. It asserts only three counts: Count One, under 42 U.S.C. § 1983 against Chief Wearing for violation of plaintiff's rights under the First Amendment to the United States Constitution; Count Two, under 42 U.S.C. § 1983, against Chief Wearing for violation of plaintiff's rights under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution; and Count Three, for violation of Section 31-51q against the City.[1]

Plaintiff submits that there is good cause to grant his motion, in that the proposed amendment will greatly simplify the case for trial. For these reasons, plaintiff respectfully requests that his motion be granted.

Counsel for the City and Chief Wearing does not object to the filing of an amended complaint.

---

[1] This is a revision of Count Four of the operative complaint which is brought against the City (see caption of Count Four), and alleges the Chief Wearing, acting in his official capacity, disciplined plaintiff in violation of Section 31-51q.

THE PLAINTIFF,
EDWIN RODRIGUEZ


By: /s/ Rosemarie Paine
    Rosemarie Paine (ct15694)
    JACOBS, GRUDBERG, BELT & DOW, P.C.
    350 Orange Street
    New Haven, CT 06503
    Telephone No.: 203-772-3100
    Facsimile No.: 203-772-1691
    e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 22nd day of October, 2004 to:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320

Rene Martineau, Esquire
DelSole & DelSole
46 South Whittlesey Avenue
Wallingford, CT 06492

/s/ Rosemarie Paine
Rosemarie Paine