UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ,<br>    Plaintiff<br><br>vs.<br><br>THE CITY OF NEW HAVEN, AND IN THEIR<br>INDIVIDUAL AND OFFICIAL CAPACITIES,<br>MAYOR JOHN DESTEFANO, CHIEF OF POLICE<br>MELVIN H. WEARING, CORPORATION COUNSEL<br>THAYER BALDWIN, CHIEF ADMINISTRATIVE<br>OFFICER JAMS HORAN, CAPTAIN BRYAN D. KEARNEY,<br>LIEUTENANT JOHN MINARDI, PATROL OFFICER<br>KEITH WORTZ,<br>    Defendants<br><br>STEPHEN COPPOLA,<br>    Plaintiff<br><br>vs.<br><br>MELVIN WEARING, BRYAN KEARNEY,<br>JOHN MINARDI AND KEITH WORTZ AND<br>THE CITY OF NEW HAVEN | CONSOLIDATED<br>NO.301 CV592(MRK)(Lead)<br>NO.: 3:01 CV813(MRK)(Member)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 22, 2004 |

**PLAINTIFF RODRIGUEZ' SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO SUMMARY JUDGMENT**

Plaintiff Edwin Rodriguez submits this supplemental memorandum in opposition to defendants' motions for summary judgment. In the existing briefing, the City has argued that plaintiff's claim under Connecticut General Statutes Section 31-51q should fail because "discipline" for purposes of that statute does not encompass a written reprimand. Plaintiff has responded to that argument in his brief, relying on the language of the statute.

Plaintiff wishes to further refer the Court to the record, which, as a factual matter, establishes that the written reprimand plaintiff received was a disciplinary action. Specifically, plaintiff refers the Court to Exhibit G of the City defendants' Motion for Summary Judgment, which the City defendants have submitted as the City of New Haven and New Haven Police Union Agreement.  Article 4 of the Agreement concerns "Discharge and Discipline".  Subsection 7 of Article 4 discusses "verbal and written warnings and reprimands".  (City Def. Mot. Ex. G, at pages 6-7.)  Thus, written reprimands -- and even oral reprimands -- are treated by the Agreement as subcategories of "Discharge and Discipline."

The following language again makes the point that under the Agreement, written reprimands are "disciplinary action":

> Section 7
> (A) All verbal and written warnings and reprimands shall be removed from the employee's personnel file, in accordance with existing State law, after a period of one (1) year if there has been no similar reoccurrences of the infraction and the employee has a good work record.
>
> (B) <u>All other disciplinary actions</u> (i.e. suspensions) shall be removed from the employee's personnel file, in accordance with existing State law, after a period of two (2) years if there has been no reoccurrences of the infraction and the employee has a good work record.

(City Def. Mot. Ex. G at page 7.)  (Emphasis added.)  The words in Section 7(B) "all other disciplinary action" indicate that "verbal and written warnings and reprimands" referred to in Section 7(A) are considered disciplinary actions.

At oral argument regarding these motions, counsel for the City represented that it would provide the Court supplemental briefing in support of its argument that summary judgment should be granted on plaintiff's claim under Connecticut General Statutes section

2

31-51q.  Undersigned counsel has yet to receive that briefing.  (The City's attorney did provide a list of case citations, but it is not clear what argument those cases are intended to support.)  Accordingly, plaintiff respectfully reserves the right to respond to the City's argument when and if it is articulated.

        THE PLAINTIFF,
        EDWIN RODRIGUEZ

        By: /s/Rosemarie Paine
           Rosemarie Paine (ct15694)
           JACOBS, GRUDBERG, BELT & DOW, P.C.
           350 Orange Street
           New Haven, CT 06503
           Telephone No.: 203-772-3100
           Facsimile No.: 203-772-1691
           e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 22nd day of October, 2004 to:

Jonathan H. Beamon
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Paul A. Morello Jr., Esquire
Donovan & Morello
154 West Street
Building 3
Cromwell, CT 06416

R. Edward Phillips, Esquire
Miller & Phillips
One Union Plaza
Second Floor
New London, CT 06320


Rene Martineau, Esquire
DelSole & DelSole
46 South Whittlesey Avenue
Wallingford, CT 06492


                                                 /s/Rosemarie Paine
                                                 Rosemarie Paine