# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **EDWIN RODRIGUEZ** | : | **CONSOLIDATED** |
|     Plaintiff, | : | |
| | : | |
| V. | : | **CIVIL NO. 3:01 CV 592 (MRK)** |
| | : | |
| **CITY OF NEW HAVEN, ET AL** | : | |
|     Defendants. | : | **OCTOBER 22, 2004** |
| | | |
| **STEPHEN COPPOLA** | : | |
|     Plaintiff, | : | |
| | : | |
| V. | : | **CIVIL NO. 3:01 CV 813 (MRK)** |
| | : | |
| **MELVIN WEARING, ET AL** | : | |
|     Defendants. | : | **OCTOBER 22, 2004** |

## DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants Melvin Wearing and the City of New Haven submit the following supplemental brief in response to the oral argument on October 19, 2004 and in support of their motion for summary judgment.

First, there are ten cases in Connecticut that contain the term "reprimand" and "Connecticut General Statutes §31-51q." See Bracey v. Board of Education, 368 F.3d 108 (2d Cir. 2004); Bartlett v. Connecticut Light & Power, 309 F.Supp.2d 239 (D.Conn. 2004); Downing v. West Haven Board of Education, 162 F.Supp.2d 19 (D.Conn. 2001);

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

1

Almonte v. Coca-Coca Bottling Co. of N.Y., Inc., 959 F.Supp. 569 (D.Conn. 1997); St. George v. Mak, 842 F.Supp. 625 (D.Conn. 1993); McKiernan v. Amento, 2003 WL 22333200 at *9 (Conn.Super.); Lewczyk v. Department of Health, 2002 WL 31894801 (Conn.Super); Smith v. City of Hartford, 2000 WL 1058877 (Conn.Super.); Bremseth v. Hartford Hospital, 1995 WL 424641 (Conn.Super.); LaPadula v. City of Middletown, 1994 WL 450329 (Conn.Super)(see attached list of cases attached hereto)

    Many of those cases involved wrongful discharge, which is not at issue in the present case. In none of the cases was an employer or employee found to have violated C.G.S. §31-51q based on solely on a reprimand.

    Second, neither plaintiff alleges that he used the New Haven Department of Police Service's grievance procedure to contest his reprimand.

    WHEREORE, for the foregoing reasons, the defendants move this Court to grant their joint motion for summary judgment.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

2

                THE DEFENDANTS
                CITY OF NEW HAVEN & MELVIN WEARING


                BY: /S/ _____
                Jonathan H. Beamon
                Assistant Corporation Counsel
                165 Church Street
                New Haven, CT 06510
                Telephone (203) 946-7958
                Fed. Bar. No. ct22937
                E-mail: jbeamon@newhavenct.net

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

3

# **C E R T I F I C A T I O N**

       This is to certify that a copy of the foregoing was this day mailed/delivered to the following counsel of record:

| | |
|---|---|
| Stephen P. Del Sole, Esq.<br>Rene Gerard Martineau, Esq.<br>Del Sole & Del Sole, LLP<br>46 S. Whittlesey Ave.<br>Wallingford, CT  06492-0310 | Paul A. Morello, Jr., Esq.<br>Donovan & Morello<br>154 West Street, Building 3<br>Cromwell, CT  06416-2446 |
| Rosemarie Paine, Esq.<br>Jacobs, Grudberg, Belt & Dow<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT  06503-0606 | R. Edward Phillips, Esq.<br>Law Office of Warren Miller<br>One Union Plaza, Second Floor<br>P.O. Box 116<br>New London, CT  06320 |
| Thomas W. Ude, Jr., Esq.<br>Martin S. Echter, Esq.<br>Office of the Corporation Counsel<br>165 Church Street<br>New Haven, CT 06510 | |

                                                                              /s/_____
                                                                              Jonathan H. Beamon

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

4