## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWIN RODRIGUEZ | : CONSOLIDATED |
| | : CIVIL NO. 3:01CV 592 (MRK) (lead) |
| V. | : |
| | : |
| THE CITY OF NEW HAVEN, ET AL | : |
| | |
| STEPHEN COPPOLA | : CIVIL NO. 3:01CV 813 (MRK) (member) |
| | : |
| V. | : |
| | : |
| MELVIN WEARING, ET AL | : OCTOBER 25, 2004 |

**PLAINTIFF COPPOLA'S SUPPLEMENTAL BRIEF TO ORAL ARGUMENT OF**

**MOTIONS FOR SUMMARY JUDGMENT**

The plaintiff, Stephen G. Coppola, respectfully submits this supplemental brief. Counsel for the plaintiff Coppola has been unable to timely obtain requested press releases and press statements attributed to the defendant Wearing.

The undersigned counsel for the plaintiff contacted the plaintiff's previous attorney, Patricia Cofrancesco, who placed her file in storage after her disqualification but has been unable to obtain the documents sought by the Court. Not seeking a further delay the proceedings, the plaintiff Coppola will not pursue the defamation claims against the defendant Wearing. Likewise, the plaintiff Coppola will not pursue a claim of procedural due process against the defendant Wearing nor will claims against the defendants in their official capacity.

1

2

The plaintiff however wishes to pursue his claims of First Amendment retaliation and deprivations of substantive due process and equal protection against the defendant Wearing and a claim of defamation against the defendant Kearney.

        THE PLAINTIFF
        STEPHEN G. COPPOLA

By: _____
    R. Edward Phillips, Esquire
    One Union Plaza, Second Floor
    New London, CT  06320
    (860) 444-0437
    # CT20999

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed on October 26, 2004, to:

Jonathan H. Beamon, Esq.
Corporation Counsel's Office
165 Church Street
New Haven, CT 06510

Rene Gerard Martineau, Esquire
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492-0310

Rosemaire Paine, Esquire
350 Orange Street
P.O. Box 606
New Haven, CT 06503

                                       _____
                                       R. Edward Phillips, Esquire